reau of Internal Revenue, were on the brief, for respondent.

No. 64. DIRECTOR OF THE LANDS OF THE PHILIPPINE ISLANDS *v.* VILLA-ABRILLE ET AL. Argued February 27, March 2, 1931. Decided March 2, 1931. *Per Curiam:* In view of the facts disclosed upon the oral argument of this case, the writ of certiorari is dismissed as improvidently granted. *Mr. William Cattron Rigby,* with whom *Messrs. Delfin Jaranilla,* Attorney General of the Philippine Islands, *W. A. Graham, A. R. Stallings, Grant T. Trent,* and *Edward A. Kreger* were on the brief, for petitioner. *Mr. H. Mason Welch,* with whom *Mr. Michael J. Lane* was on the brief, for respondents.

No. 607. ALDRICH ET AL. *v.* CITY OF NEW YORK ET AL. Jurisdictional statement submitted March 2, 1931. Decided March 9, 1931. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Zucht* v. *King,* 260 U. S. 174, 176; *Sauer* v. *City of New York,* 206 U. S. 536, 548. *Mr. Anthony J. Ernest* for appellants. *Messrs. Arthur J. W. Hilly, Frank Nevius, Asa B. Kellogg,* and *Harvey D. Jacob* for appellees.

No. 622. NASHVILLE, CHATTANOOGA & ST. LOUIS RY. CO. *v.* CARROLL COUNTY ET AL. Jurisdictional statement submitted March 2, 1931. Decided March 9, 1931. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *New York ex rel. Hatch* v. *Reardon,* 204 U. S. 152, 160; *Hooker* v. *Burr,* 194 U. S. 415; *Ohio*